No. 83–5867. CARSTEA ET AL. *v.* POPLAR TREE HOMEOWNERS ASSN. Sup. Ct. Va.; and

No. 83–5868. CARSTEA *v.* POPLAR TREE HOMEOWNERS ASSN. Sup. Ct. Va. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 13, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for certiorari in these cases without reaching the merits of the motions to proceed *in forma pauperis*.

No. 83–899. IN RE RONWIN. Petition for writ of mandamus denied. JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–614. SECURITIES INDUSTRY ASSN. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 2d Cir. Certiorari granted. 

No. 83–916. UNITED STATES *v.* MORTON. C. A. Fed. Cir. Certiorari granted. 

No. 83–904. OHIO *v.* JOHNSON. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 82–2008. NESMITH *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. 

No. 82–6758. TURNER *v.* COUNTY OF SISKIYOU ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 83–204. JARRETT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 83–258. DIAMOND *v.* FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 2d Cir. Certiorari denied.